IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOHN J. DACKWEILER, JR.,                : Chapter 13
                                                : Case No.  21-10166
        debtors                                 :

## NOTICE

    John J. Dackweiler, Jr., debtor in the above entitled case, hereby gives notice that he hereby converts his case from one under Chapter 13 of the Bankruptcy Code to one under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. 1307(a) and Bankruptcy Rule 1017(f)(3).

Dated: 2/4/2021

                **CASE & DIGIAMBERARDINO, P.C.**

        By:     s/John A. DiGiamberardino, Esquire
                Attorney I.D. #41268
                845 N. Park Road, Ste. 101
                Wyomissing, PA  19610
                (610) 372-9900
                (610) 372-5469 -f ax
                Attorney for Debtor