# Earnings Statement

**ADP**

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Period Beginning: 11/08/2020
Period Ending: 11/21/2020
Pay Date: 11/27/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JOHN J DACKWEILER
509 CARAMIST CIRCLE
SINKING SPRING PA 19608

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 80.00 | 2,080.00 | 43,023.50 |
| Overtime | 39.0000 | 11.73 | 457.47 | 5,029.05 |
| Bonus | | | | 1,000.00 |
| Holiday | | | | 1,040.00 |
| Personal | | | | 884.00 |
| Vacation | | | | 2,177.00 |
| **Gross Pay** | | | **$2,537.47** | 54,193.55 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,413.46

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Per Balance | 10.00 | |
| Vac Balance | 50.00 | |
| Totl Hrs Worked | 91.73 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -336.89 | 6,779.00 |
| | Social Security Tax | -154.35 | 3,288.74 |
| | Medicare Tax | -36.10 | 769.14 |
| | PA State Income Tax | -76.43 | 1,628.44 |
| | Muhlenberg T Income Tax | -24.90 | 530.44 |
| | Muhlenberg T Local Svc Tax | -2.00 | 48.00 |
| | PA SUI/SDI Tax | -1.53 | 32.52 |
| | **Other** | | |
| | Dental | -10.78* | 258.72 |
| | Medical | -34.57* | 829.68 |
| | Vision | -2.54* | 60.96 |
| | 401K | -76.12* | 1,625.80 |
| | 401K Loan | -166.77 | 4,002.48 |
| | 401K Roth | -76.12 | 1,625.80 |
| **Net Pay** | | **$1,538.37** | |
| | Checking 1 | -1,538.37 | |
| **Net Check** | | **$0.00** | |

---

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Advice number: 00000480054
Pay date: 11/27/2020

Deposited to the account of
JOHN J DACKWEILER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9647 | xxxx xxxx | $1,538.37 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Period Beginning: 11/22/2020
Period Ending: 12/05/2020
Pay Date: 12/11/2020

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

JOHN J DACKWEILER
509 CARAMIST CIRCLE
SINKING SPRING PA 19608

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 71.47 | 1,858.22 | 44,881.72 |
| Overtime | 39.0000 | 10.62 | 414.18 | 5,443.23 |
| Bonus | | | 500.00 | 1,500.00 |
| Holiday | 26.0000 | 8.00 | 208.00 | 1,248.00 |
| Personal | | | | 884.00 |
| Vacation | | | | 2,177.00 |
| **Gross Pay** | | | **2,980.40** | 57,173.95 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,842.19

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -431.21 | 7,210.21 |
| | Social Security Tax | -181.76 | 3,470.50 |
| | Medicare Tax | -42.51 | 811.65 |
| | PA State Income Tax | -90.00 | 1,718.44 |
| | Muhlenberg T Income Tax | -29.32 | 559.76 |
| | Muhlenberg T Local Svc Tax | -2.00 | 50.00 |
| | PA SUI/SDI Tax | -1.78 | 34.30 |
| | **Other** | | |
| | Dental | -11.73* | 270.45 |
| | Medical | -34.58* | 864.26 |
| | Vision | -2.49* | 63.45 |
| | 401K | -89.41* | 1,715.21 |
| | 401K Loan | -166.77 | 4,169.25 |
| | 401K Roth | -89.41 | 1,715.21 |
| | **Net Pay** | **$1,807.43** | |
| | Checking 1 | -1,807.43 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and information | this period | total to date |
|---|---|---|
| Per Balance | 10.00 | |
| Vac Balance | 50.00 | |
| Totl Hrs Worked | 82.09 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 1998, 2006. ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

---

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Advice number: 00000500055
Pay date: 12/11/2020

Deposited to the account of
JOHN J DACKWEILER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9647 | xxxx xxxx | $1,807.43 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Period Beginning: 12/06/2020
Period Ending: 12/19/2020
Pay Date: 12/23/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

JOHN J DACKWEILER
509 CARAMIST CIRCLE
SINKING SPRING PA 19608

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 80.00 | 2,080.00 | 46,961.72 |
| Overtime | 39.0000 | 18.22 | 710.58 | 6,153.81 |
| Bonus | | | | 1,500.00 |
| Holiday | | | | 1,248.00 |
| Personal | | | | 884.00 |
| Vacation | | | | 2,177.00 |
| **Gross Pay** | | | **$2,790.58** | 59,964.53 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,658.06

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -390.70 | 7,600.91 |
| | Social Security Tax | -169.99 | 3,640.49 |
| | Medicare Tax | -39.75 | 851.40 |
| | PA State Income Tax | -84.17 | 1,802.61 |
| | Muhlenberg T Income Tax | -27.42 | 587.18 |
| | Muhlenberg T Local Svc Tax | -2.00 | 52.00 |
| | PA SUI/SDI Tax | -1.68 | 35.98 |
| | **Other** | | |
| | Dental | -11.73* | 282.18 |
| | Medical | -34.58* | 898.84 |
| | Vision | -2.49* | 65.94 |
| | 401K | -83.72* | 1,798.93 |
| | 401K Loan | -166.77 | 4,336.02 |
| | 401K Roth | -83.72 | 1,798.93 |
| | **Net Pay** | **$1,691.86** | |
| | Checking 1 | -1,691.86 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and Information** | this period | total to date
Per Balance | 10.00 |
Vac Balance | 50.00 |
Totl Hrs Worked | 98.22 |

**Important Notes**
BASIS OF PAY: HOURLY

© 1998, 2006. ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Advice number: 00000520055
Pay date: 12/23/2020

Deposited to the account of
JOHN J DACKWEILER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9647 | xxxx xxxx | $1,691.86 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

# Earnings Statement

**ADP**

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Period Beginning: 12/20/2020
Period Ending: 01/02/2021
Pay Date: 01/08/2021

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 PA: N/A

JOHN J DACKWEILER
509 CARAMIST CIRCLE
SINKING SPRING PA 19608

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5000 | 55.57 | 1,472.61 | 1,472.61 |
| Overtime | 39.7500 | 6.18 | 245.66 | 245.66 |
| Holiday | 26.5000 | 24.00 | 636.00 | 636.00 |
| Vacation | | | 728.00 | 728.00 |
| **Gross Pay** | | | **$3,082.27** | 3,082.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -450.07 | 450.07 |
| | Social Security Tax | -188.08 | 188.08 |
| | Medicare Tax | -43.99 | 43.99 |
| | PA State Income Tax | -93.13 | 93.13 |
| | Muhlenberg T Income Tax | -30.33 | 30.33 |
| | Muhlenberg T Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -1.85 | 1.85 |
| | **Other** | | |
| | Dental | -11.73* | 11.73 |
| | Medical | -34.58* | 34.58 |
| | Vision | -2.49* | 2.49 |
| | 401K | -92.47* | 92.47 |
| | 401K Loan | -166.77 | 166.77 |
| | 401K Roth | -92.47 | 92.47 |
| | **Net Pay** | **$1,872.31** | |
| | Checking 1 | -1,872.31 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,941.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Per Balance | 30.00 | |
| Vac Balance | 120.00 | |
| Totl Hrs Worked | 61.75 | |

**Important Notes**
BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 26.0000 TO 26.5000.

* Excluded from federal taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.
© 2000 ADP, LLC

---

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

Advice number: 00000010054
Pay date: 01/08/2021

**Deposited to the account of**
JOHN J DACKWEILER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9647 | xxxx xxxx | $1,872.31 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK — VOID

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT