# Earnings Statement

**ADP**

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

| | |
|---|---|
| Period Beginning: | 01/03/2021 |
| Period Ending: | 01/16/2021 |
| Pay Date: | 01/22/2021 |

Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:          0
  PA:                N/A

JOHN J DACKWEILER
509 CARAMIST CIRCLE
SINKING SPRING PA 19608

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.5000 | 80.00 | 2,120.00 | 3,592.61 |
| Overtime | 39.7500 | 9.10 | 361.73 | 607.39 |
| Holiday | | | | 636.00 |
| Vacation | | | | 728.00 |
| **Gross Pay** | | | **$2,481.73** | 5,564.00 |

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -321.92 | 771.99 |
| | Social Security Tax | | -150.84 | 338.92 |
| | Medicare Tax | | -35.27 | 79.26 |
| | PA State Income Tax | | -74.69 | 167.82 |
| | Muhlenberg T Income Tax | | -24.33 | 54.66 |
| | Muhlenberg T Local Svc Tax | | -2.00 | 4.00 |
| | PA SUI/SDI Tax | | -1.49 | 3.34 |
| | **Other** | | | |
| | Dental | | -11.73* | 23.46 |
| | Medical | | -34.58* | 69.16 |
| | Vision | | -2.49* | 4.98 |
| | 401K | | -74.45* | 166.92 |
| | 401K Loan | | -166.77 | 333.54 |
| | 401K Roth | | -74.45 | 166.92 |
| | **Net Pay** | | **$1,506.72** | |
| | Checking 1 | | -1,506.72 | |
| | **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$2,358.48

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Per Balance | 30.00 | |
| Vac Balance | 120.00 | |
| Totl Hrs Worked | 89.10 | |

**Important Notes**
BASIS OF PAY: HOURLY

© 1998, 2006, ADP, INC. All Rights Reserved.

TEAR HERE

* Excluded from federal taxable wages

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

TARGETED SOLUTIONS LLC
4125 NEW HOLLAND RD
MOHNTON, PA, 19540

| | |
|---|---|
| Advice number: | 00000030053 |
| Pay date: | 01/22/2021 |

THIS IS NOT A CHECK

Deposited to the account of
JOHN J DACKWEILER

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx9647 | xxxx xxxx | $1,506.72 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.