Certificate Number: 13858-PAE-DE-035406126

Bankruptcy Case Number: 21-10166



13858-PAE-DE-035406126

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2021, at 7:06 o'clock PM CST, John J. Dackweiler, Jr. completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 26, 2021              By:    /s/Karlee Ann Reardon

                                      Name:  Karlee Ann Reardon

                                      Title: Counselor